Case 4:23-cr-00422   Document 1   Filed 09/13/23 in TXSD   Page 1 of 10

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
September 13, 2023
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **4:23-cr-00422** |
| Joe Frank Barrera, *a/k/a* "LJ", | § | |
| Raymond William Burnett, *a/k/a* "Ray Ray", | § | |
| Morgan Shane Cooper *a/k/a* "Coop", | § | |
| William Espinoza, | § | |
| Mario Humberto Gomez *a/k/a* "Gator", | § | |
| Joseph Roy Gomez *a/k/a* "Tequila", | § | |
| Edgar Mauricio Hinojosa *a/k/a* "Charro Bean", | § | |
| Rudolph Christopher Lopez *a/k/a* "Yao", | § | |
| Jesse James Mulrein *a/k/a* "Fort Worth G", | § | |
| Ricardo Quinones *a/k/a* "Scooter", | § | **UNDER SEAL** |
| Joe Rios *a/k/a* "Jo Daddy" and | § | |
| Moises Soriano *a/k/a* "Oso" | § | |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

**(Assault with a Dangerous Weapon in Aid of Racketeering)**

**The Homietos Enterprise**

1)      At all times relevant to this Indictment, in the Southern District of Texas, and elsewhere, **Joe Frank Barrera,** *a/k/a* **"LJ", Raymond William Burnett,** *a/k/a* **"Ray Ray", Morgan Shane Cooper** *a/k/a* **"Coop", William Espinoza, Mario Humberto Gomez** *a/k/a* **"Gator", Joseph Roy Gomez** *a/k/a* **"Tequila", Edgar Mauricio Hinojosa** *a/k/a* **"Charro Bean", Rudolph Christopher Lopez** *a/k/a* **"Yao", Jesse James Mulrein** *a/k/a* **"Fort Worth G", Ricardo Quinones** *a/k/a* **"Scooter", Joe Rios** *a/k/a* **"Jo Daddy"** and **Moises Soriano** *a/k/a* **"Oso"** were members and associates of the violent Homietos Outlaw Motorcycle Gang (OMG), also known as "Homietos."

1

2) Homietos is a violent outlaw motorcycle gang involved in a variety of violent criminal activities, including assaults in the Southern District of Texas and elsewhere. Homietos members and associates are located throughout the United States, however the gang was formed and is primarily based in the state of Texas.

3) Homietos, including its leaders, members, and associates, constitutes an enterprise, as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact which engages in, and the activities of which affect, interstate and foreign commerce. The enterprise constitutes an ongoing organization whose members function as a continuing unit for a common purpose of achieving the objectives of the enterprise.

4) Homietos, through its leaders, members, and associates, engages in racketeering activity, as defined in Title 18, United States Code, Section 1959(b)(1) and Section 1961(1), namely, acts involving murder in violation of Texas state law and offenses involving the distribution of controlled substances in violation of Title 21, United States Code, Sections 841 and 846.

**Structure of the Enterprise**

5) Homietos recruits members and associates, who are predominantly convicted felons, with a great number of them being current or former Houstone Tango Blast gang members. Within Homietos, the primary unit of organization is known as a "chapter," which typically includes 5-20 members and operates in a specific geographic location. Each chapter is run by the senior leader, who is designated the "Chapter President." The other members and associates of the chapter take their orders from the "Chapter President" or other elected leaders. The leaders of the respective chapters attend larger general meetings to manage Homietos operations on a regional level.

6) Individuals who associate and commit crimes with the Homietos are called "hang arounds." Individuals who are attempting to join the Homietos are called "prospects." Prospects must be sponsored by a Homietos member and undergo a probationary period referred to as "prospect status" during which they are required to be present at events and potentially commit crimes on behalf of Homietos to achieve trust and prove their loyalty to Homietos. To join Homietos and become full members or "patched members," as they are known, prospects are required to complete an initiation process after completing approximately 6 months of their prospect status. During this time prospects are called upon to engage in criminal conduct and, because they do not wear a "cut," the term used to describe the biker's vest worn by "patched members," prospects are often called upon to engage in conduct to evade detection by law enforcement, including carrying firearms for members of the Homietos who are convicted felons.

7) Homietos members must attend local chapter meetings. A member is expected to pay dues to the local chapter. The money is used to finance chapter activities and to fund the Homietos enterprise on a national level.

8) To promote their identity, Homietos members wear "cuts" (biker vests, typically leather or denim) displaying the Homietos "patches" and other insignias. Homietos associates wear t-shirts and other clothing displaying the Homietos insignia. Homietos members also obtain tattoos with the Homietos insignia.

9) In order to protect the power, reputation, and territory of Homietos the members and associates are required to commit acts of violence, threats of violence, and intimidation. These acts of violence often include assault, often with deadly weapons including firearms. Homietos members and associates maintain and enhance their status in Homietos by participating in such violent acts.

10) Homietos recruits/prospects are indoctrinated into Homietos rules, which are strictly enforced. The rules are written and are required to be memorized by prospects.

## Purposes of the Homietos Enterprise

11) The purposes of Homietos include the following:

    a. Preserving and protecting the power, territory, reputation, and profits of the enterprise through the use of intimidation, threats of violence, and violence, including assaults;

    b. Establishing, supporting, and promoting illegal activity through a hierarchy and organizational structure designed to reward violent and illegal behavior committed on behalf of the organization;

    c. Keeping victims, potential victims, community members, and rival Outlaw Motorcycle Gang ("OMG") members in fear of the enterprise through violence and threats of violence;

    d. Providing financial support and information to Homietos members and associates, including those incarcerated;

    e. Providing assistance to members and associates who committed crimes on behalf of the organization;

    f. Hindering, obstructing, and preventing law enforcement officers from identifying participants in the enterprise's criminal activity, from apprehending the perpetrators of those crimes, and from successfully prosecuting and punishing the offenders.

## Method and Means of the Homietos Enterprise

12) Among the methods and means by which Defendants, and other members and associates of Homietos, conducted and participated in the conduct of the affairs of the enterprise were the following:

a. Homietos members and associates used intimidation, threats of violence, and violence, including assault, to preserve, expand, and protect Homieto's territory and activities, to promote and enhance its prestige, reputation, and position in the community, and to discipline Homietos members who had been disloyal or had violated Homietos rules;

b. Homietos members and associates attended meetings to discuss, among other things: the structure and organization of Homietos; past criminal acts committed against rival gang members and others, and past criminal acts committed against the Homietos by other rival gangs; disciplining Homietos members and associates who had violated Homietos rules; the identities of individuals suspected of cooperating with law enforcement, and proposed actions to be taken against them; plans regarding the commission of future crimes, as well as ways to conceal said crimes; and to vote or elect new leaders in the Homietos hierarchy;

c. Homietos members and associates distributed awards for criminal and often violent conduct in the form of "patches" to be worn on members "cuts," the vest worn by members of the Homietos motorcycle gang.

13) On or about September 19, 2020, in the Southern District of Texas and elsewhere,

**Joe Frank Barrera, a/k/a "LJ", Raymond William Burnett, a/k/a "Ray Ray", Morgan Shane Cooper a/k/a "Coop", William Espinoza, Mario Humberto Gomez a/k/a "Gator", Joseph Roy Gomez a/k/a "Tequila", Edgar Mauricio Hinojosa a/k/a "Charro Bean", Rudolph Christopher Lopez a/k/a "Yao", Jesse James Mulrein a/k/a "Fort Worth G", Ricardo Quinones a/k/a "Scooter", Joe Rios a/k/a "Jo Daddy" and Moises Soriano a/k/a "Oso"**

and others known and unknown, while aiding and abetting each other, for the purpose of gaining entrance to and maintaining and increasing position in the Homietos OMG, an enterprise engaged in racketeering activity, did intentionally and knowingly commit assault with a dangerous weapon upon Victim-1 and Victim-2, in violation of Texas Penal Code, §§ 22.02, 7.02.

In violation of 18 U.S.C. §§ 1959(a)(3), 2.

## COUNT TWO

**(Conspiracy to Commit Assault with a Dangerous Weapon in Aid of Racketeering)**

14) The allegations contained in Paragraphs 1 through 12 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

15) On or about September 19, 2020, in the Southern District of Texas and elsewhere,

**Joe Frank Barrera, a/k/a "LJ", Raymond William Burnett, a/k/a "Ray Ray", Morgan Shane Cooper a/k/a "Coop", William Espinoza, Mario Humberto Gomez a/k/a "Gator", Joseph Roy Gomez a/k/a "Tequila", Edgar Mauricio Hinojosa a/k/a "Charro Bean", Rudolph Christopher Lopez a/k/a "Yao", Jesse James Mulrein a/k/a "Fort Worth G", Ricardo Quinones a/k/a "Scooter", Joe Rios a/k/a "Jo Daddy" and Moises Soriano a/k/a "Oso"**

for the purpose of gaining entrance to and maintaining and increasing position in the Homietos OMG, an enterprise engaged in racketeering activity, did intentionally and knowingly conspire and agree with each other and others known and unknown to commit assault with a dangerous weapon upon Victim-1 and Victim-2, in violation of Texas Penal Code, §§ 22.02, 15.02.

In violation of 18 U.S.C. § 1959(a)(6).

## COUNT THREE

**(Discharge of a Firearm During and in Relation to a Crime of Violence)**

16) The allegations contained in Paragraphs 1 through 12 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

17) On or about September 19, 2020, in the Southern District of Texas and elsewhere,

**Joe Frank Barrera, a/k/a "LJ", Raymond William Burnett, a/k/a "Ray Ray", Morgan Shane Cooper a/k/a "Coop", William Espinoza, Mario Humberto Gomez a/k/a "Gator", Joseph Roy Gomez a/k/a "Tequila", Edgar Mauricio Hinojosa a/k/a "Charro Bean", Rudolph Christopher Lopez a/k/a "Yao", Jesse James Mulrein a/k/a "Fort Worth G", Ricardo Quinones a/k/a "Scooter", Joe Rios a/k/a "Jo Daddy" and Moises Soriano a/k/a "Oso"**

defendants herein, aiding and abetting each other, as well as other individuals, known and unknown to the Grand Jury, did knowingly use and carry a firearm, namely, a handgun, during and in relation to a crime of violence, that being Assault with a Dangerous Weapon in Aid of Racketeering, as alleged in Count One, and in doing so did possess said firearm.  It is further alleged that said firearm was discharged during and in relation to the Assault with a Dangerous Weapon in Aid of Racketeering, as alleged in Count One.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(iii), and 2.

## COUNT FOUR

### (Possession of a Firearm with an Obliterated Serial Number)

18) On or about December 16, 2020, in the Southern District of Texas,

**Edgar Mauricio Hinojosa *a/k/a* "Charro Bean"**

did knowingly possess, receive, transported and ship in interstate and foreign commerce, a firearm, to wit: a Ruger, model LC9, 9mm caliber pistol, whose serial number from the manufacturer had been removed, altered and obliterated.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT FIVE

### (Felon in Possession of a Firearm)

19) On or about December 16, 2020, in the Southern District of Texas,

**Morgan Shane Cooper *a/k/a* "Coop"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit:

a HS Produkt, model XDs-45ACP, .45 caliber pistol;

a Marlin Firearms Co., model 101, .22 caliber rifle;

7

   a Mossberg, model MMR, 5.56x45 mm rifle;

   a Marlin Firearms Co., model 60, .22 caliber rifle; and

   a Freedom Arms Co., model FA-S-22-LR, .22 caliber revolver

   an unknown make and model .223 caliber bolt action rifle

in and affecting interstate commerce.

   In violation of Title 18, United States Code § 922(g)(1) and 924(a)(2).

## COUNT SIX

### (Felon in Possession of a Firearm)

  20) On or about December 16, 2020, in the Southern District of Texas,

### Joe Frank Barrera, *a/k/a* "LJ"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit:

   a Smith and Wesson, model SD9VE, 9mm caliber pistol;

   a Smith and Wesson, model M&P 9 Shield, 9mm caliber pistol; and

   a Dikar, model Hunter, .308 caliber rifle

in and affecting interstate commerce.

   In violation of Title 18, United States Code § 922(g)(1) and 924(a)(2).

## COUNT SEVEN

### (Felon in Possession of a Firearm)

21) On or about December 16, 2020, in the Southern District of Texas,

**Raymond William Burnett,** *a/k/a* **"Ray Ray"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit:

a Taurus, model 1911 Commander, .45 caliber pistol; and

a HS Produkt, model XDs-9, 9mm caliber pistol

a SKS 7.62 caliber rifle

in and affecting interstate commerce.

In violation of Title 18, United States Code § 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B) as charged in Count Four and in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2) as charged in Counts Five, Six and Seven, are subject to forfeiture, including, but not limited to, the following:

- Ruger, model LC9, 9mm caliber pistol, whose serial number from the manufacturer had been removed, altered and obliterated, later revealed as 312-86908;
- HS Produkt, model XDs-45ACP, .45 caliber pistol with serial number XS500976;
- Marlin Firearms Co., model 101, .22 caliber rifle with obliterated serial number;
- Mossberg, model MMR, 5.56x45 mm rifle with serial number MMR-14708A;
- Marlin Firearms Co., model 60, .22 caliber rifle with serial number 12518651;
- Freedom Arms Co., model FA-S-22-LR, .22 caliber revolver with serial number A28632;
- Unknown make and model .223 caliber bolt action rifle with serial number 203687
- Smith and Wesson, model SD9VE, 9mm caliber pistol with serial number FYU9008;

- Smith and Wesson, model M&P 9 Shield, 9mm caliber pistol with serial number JBH-1327;
- Dikar, model Hunter, .308 caliber rifle with serial number 61-0036850-16;
- Taurus, model 1911 Commander, .45 caliber pistol with serial number NLP47386;
- HS Produkt, model XDs-9, 9mm caliber pistol with serial number 53921878; and
- SKS 7.62 caliber rifle with serial number 1208274

**A TRUE BILL:**

*Original Signature on File*
**FOREPERSON OF THE GRAND JURY**

**ALAMDAR S. HAMDANI**
**UNITED STATES ATTORNEY**

**BY:** _____
**John M. Lewis**
**Brian J. Hrach**
**Assistant United States Attorneys**


**DAVID L. JAFFE**
**CHIEF, ORGANIZED CRIME AND GANG SECTION,**
**UNITED STATES DEPARTMENT OF JUSTICE**