# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4:23-cr-00422 |
| | § | |
| JOSEPH ROY GOMEZ | § | |

## DEFENDANT JOSEPH ROY GOMEZ'S UNOPPOSED FIRST MOTION FOR CONTINUANCE

The Defendant **JOSEPH ROY GOMEZ,** by and through his attorney, Michael M. Essmyer, Sr., files this his Unopposed First Motion for Continuance and would show unto the Court the following:

1. Defendant **JOSEPH ROY GOMEZ** was indicted in this case for: Ct. I: Assault with a Dangerous Weapon in Aid of Racketeering [18 U.S.C. §§ 1959(a)(3), 2]; Ct. 2: Conspiracy to Commit Assault with a Dangerous Weapon in Aid of Racketeering [18 U.S.C. § 1959(a)(6)]; and, Ct. 3: Discharge of a Firearm During and in Relation to a Crime of Violencc [18 U.S.C. §§ 924(e)(l)(A)(iii), and 2].

2. On September 25, 2023, counsel Michael M. Essmyer, Sr., was appointed under the Criminal Justice Act to represent Defendant **JOSEPH ROY GOMEZ.** Motions are due October 12, 2023. Pre-trial Materials are due

-1-

December 4, 2023, and the Pre-Trial Conference is scheduled for December 8, 2023, at 9:30 a.m. Trial is scheduled for December 12, 2023, at 9:30 a.m.

3. Counsel has been in discussions with Assistant United States Attorney John Lewis, and this Counsel has come to believe that the discovery is voluminous and that the case is complex. There are apparently twelve (12) Defendants and seven (7) counts in the Indictment. Counsel has received only a portion of the discovery to date. Counsel therefore needs more time to adequately prepare for the trial of this cause. Counsel, for good cause, respectfully requests a 120-day continuance.

4. This motion is filed in the interest of justice and not for the purpose of delay.

## PRAYER

Based on the foregoing, Defendant **JOSEPH ROY GOMEZ** respectfully requests that this Court enter an order and find that the ends of justice served by granting this continuance clearly outweigh the best interests of the public and the Defendant in a speedy trial and to grant a continuance of the trial along with all related pretrial deadlines, including the motions deadline.

    Respectfully submitted,

    */s/ Michael M. Essmyer, Sr.*
    MICHAEL M. ESSMYER, SR.
    State Bar No. 06672400
    The Essmyer Law Firm

6602 Westview Dr.  
Houston, Texas 77055  
(713)869-1155 Telephone  
(713)869-8659 Facsimile  
messmyer@essmyerlaw.com  
**Attorney for Defendant,**  
**JOSEPH ROY GOMEZ**

## VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared Michael M. Essmyer, Sr., who being by me duly sworn upon his oath deposed and said that he has read Defendant's Motion for Continuance and that the statements contained therein are within his personal knowledge true and correct.

_____  
Michael M. Essmyer, Sr.

SUBSCRIBED AND SWORN TO BEFORE ME on this the __12TH__ day of __October__, 2023, to certify which, witnesses my hand and seal of office.

JACKIE L. MOORE  
Notary Public, State of Texas  
Comm. Expires 03-23-2025  
Notary ID 125055438

_____  
NOTARY PUBLIC IN AND FOR  
THE STATE OF TEXAS

My Commission Expires:

__3/23/2025__

## CERTIFICATE OF CONFERENCE

The Government does not Oppose this Motion. I certify that I communicated with the Government regarding this motion for continuance via email on October 11, 2023; the Government was not opposed to the motion. I also conferred with counsel for defendants, Natalie Awad attorney for Joe Frank Barrera, Thomas A. Martin for William Espinoza, Judith Irene Shields for Mario Humberto Gomez, Chukwudi I. Egbuonu for Jesse James Mulrein, and R. Trent Gaither for Moises Soriano and they are all unopposed and join this motion. I also conferred with counsel for defendants, Edward Mallet for Raymond William Burnett, and Brett A. Podolsky for Morgan Shane Cooper and they are all unopposed to the motion. I finally conferred with counsel for defendants, Lourdes Rodriguez for Edgar Mauricio Hinojosa, Nicole DeBorde for Ricardo Quinones and Lance C. Hamm for Joe Rios via email and have not received a response.

                                                               */s/ Michael M. Essmyer, Sr.*
                                                               MICHAEL M. ESSMYER, Sr.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on the 12th day of October 2023, via the electronic case filing system of the Southern District of Texas, which sent a notice of filing to all interested parties.

                                                               */s/ Michael M. Essmyer, Sr.*
                                                               MICHAEL M. ESSMYER, Sr.