IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **4:23-CR-0422** |
| § | |
| **JOE RIOS** § | |

**MOTION TO MODIFY SPECIAL CONDITIONS OF RELEASE**

**TO THE HONORABLE CHARLES ESKRIDGE, UNITED STATES DISTCICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:**

**COMES NOW:** Joe Rios, the Defendant, by and through his attorney of record, Lance C. Hamm, and requests this Court modify his pretrial release conditions by vacating the requirements listed on page 2, item 7(p)(ii) "Home Detention" and page 3, item 7(q)(iv) "GPS" Additional Conditions of Release pending trial pursuant to 18 U.S.C. §3142(a)(2)(c)(B)(xiv) and would show the following:

I.

Joe Rios, who appeared personally as ordered and is currently out of custody on a $50,000 unsecured bond and conditions of release that include:

(a). submit to supervision by and report for supervision;

(b). continue or actively seek employment;

(e). not obtain passport or other international travel document;

(f). abide by travel restrictions approved by US Probation Office;

(g). avoid contact with any motorcycle clubs, groups or motorcycle gang Houston tango Blast;

    (p)(ii).    participate in Home Detention;

    (q)(iv).    Submit to GPS

    (r).    pay for all or part of the cost of location monitoring;

    (s).    report immediately to pretrial services every contact with law enforcement, within 12 hours; and

Comply with community supervision obligations in Harris County.

## II.

Joe Rios is requesting removal of item (p)(ii) "Home Detention" and (q)(iv) "GPS". There are other conditions in place that are actively "satisfy[ing] any other condition that is reasonably necessary to assure the appearance of the person as required and to assure the safety of any other person and the community." *See* 18 U.S.C. §3142(a)(2)(c)(B)(xiv).

## III.

Modification of Mr. Rios' conditions of release to remove Additional Conditions of Release item 7(p(ii) and q(iv) as requested, would leave in place conditions sufficient to address any other concern pursuant to 18 U.S.C. § 3142.

    **WHEREFORE, PREMISES CONSIDERED**, the Defendant pray that this Honorable Court issue an order modifying release conditions.

    Respectfully submitted,

    By:  /s/ Lance C. Hamm

> Lance C. Hamm
> Lawyer
> 1200 Rothwell
> Houston, Texas. 77002
> Telephone:713.659.5377
> Fax:  713.588.8727
> State Bar No. 24029597
> Attorney for Joe Rios

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Modify has been delivered to AUSA Brian Hrach via ECF, this 5th day of June 2024.

> ___/s/ Lance C. Hamm
> Lance C. Hamm

## **CERTIFICATE OF CONFERENCE**

On June 5, 2024, counsel for Defendant consulted with AUSA's Hrach who advised the Government was opposed.

> ___/s/ Lance C. Hamm
> Lance C. Hamm