UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs | § | Criminal Case No. |
| | § | 4:23-CR-0422 |
| EDGAR MAURICIO HINOJOSA | § | |

# Motion to Withdraw as Attorney of Record

TO THE HONORABLE CHARLES ESKRIDGE:

Lourdes Rodriguez, appointed attorney of record for Defendant, respectfully moves this Honorable Court for an order permitting withdrawal as counsel in the above-captioned matter, and as grounds states as follows:

1. Lourdes Rodriguez is currently the attorney of record for Hinojosa, the Defendant in this case.

2. Good cause exists for withdrawal, including but not limited to: Counsel recently retired.  Counsel lives in Florida and continuing as defendant's attorney would cause financial hardship.  Counsel would have to finance for herself, air fare, boarding and meals.

3. Counsel has provided reasonable notice to Mr. Hinojosa of the intent to withdraw and, if required, has informed the client of all upcoming deadlines and the necessity to obtain a new counsel appointed attorney.

4. Withdrawal will not prejudice any party or unduly delay these proceedings.

5.  Counsel asks that any future correspondence and filings be sent directly to Hinojosa, whose address is on record; however, counsel believes this address should remain private.

6.  Should the Court disagree with Counsel's request and orders Counsel to continue as attorney of record Counsel will abide by the Court's order.  If Counsel is permitted to withdraw, the defendant will need a new appointed attorney.

Counsel ensured that all files and documents pertinent to Mr. Hinojosa's representation is made available to the new appointed attorney.

Hinojosa's defense has been provided, and counsel will transfer the case to new counsel to ensure a smooth transition. Counsel is also available to answer any immediate procedural questions from the Court regarding this request.

WHEREFORE, Lourdes Rodriguez respectfully requests that this Court enter an order granting leave to withdraw as attorney of record for Mr. Hinojosa in this matter, and for such further relief as this Court deems just and proper.

Respectfully submitted,

*/s/Lourdes Rodriguez*
Lourdes Rodriguez
SBN 17147100
1351 N.E. 211 Street
North Miami Beach, Florida 33179
(713) 222-8638 office
(713) 553-9464 cellular
lourdes.atty@sbcglobal.net

Attorney for Mr. Hinojos

CERTIFICATE OF RECORD

I, Lourdes Rodriguez, hereby certify that a true and correct copy of the foregoing Motion to Withdraw as Attorney of Record was served on this the 2nd day of December to Mr. Hinojosa via text, and to the Assistant United States Attorney Mr. Brian Joseph Hrach, and on all counsel of record, on this 2nd day of December 2025.

Natalie Jihad Awad,
Assistant Federal Defender's Office
Attorney for Mr. Joe Frank Barrera
Natalie_awad@fd.org

Joel H. Bennet
Attorney
Attorney for Mr. Rudolph C. Lopez
joel@searsandbennett.com

Nicole DeBorde
Attorney
Attorney for Mr. Ricardo Quinones
Nicole@houstoncriminaldefense.com

Chukwudi Ifeanyi Egbuone
Attorney
Attorney for Jesse James Mulrein
chuck@celawoffice.com

Michael M. Essmyer, Sr.
Attorney
Jose Roy Gomez
messmyer@essmyerlaw.com

Albert M. Fong
Attorney
Attorney for Joseph Roy Gomez
Albert.fong713@gmail.com

Keri Losen Fuller, AUSA
Keri.fuller@usdoj.gov

R Trent Gaither
Attorney
Attorney for Moises Soriano
gaitherlawgroup@yahoo.com

Spence Douglas Graham
Attorney
Attorney for Mr. Moises Soriano
Graham_spence@sbcglobal.net

Lance Craig Hamm
Attorney
Attorney for Mr. Joe Rios
Lance0312@yahoo.com

Brian Joseph Hrach, AUSA
Attorney
Brian.hrach@usdoj.gov

Edward Mallett
Attorney
Attorney for Raymond William Burnett
edward@msblawyers.com

Thomas Allan Martin
Attorney
Attorney for Mr. William Espinoza

Brett A. Podolsky
Attorney
Attorney for Morgan Shane Cooper

Judith Irene Shields
Attorney
Attorney for Mario Humberto Gomez
judithshielsattorney@gmail.com

*Lourdes Rodriguez*
Lourdes Rodriguez