Case 4:23-cr-00422    Document 402    Filed 06/24/26 in TXSD    Page 1 of 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | |
| **Romeo Jose Ferrer**, **Joe Frank Barrera, Ralph Eugene Kellum, Mark Anthony Magallan, Bryce Clay Hazleton Cook, Mahir Alihodzic, Christopher Daniel Holt, William Espinoza, Moises Soriano, Raymond William Burnett, Morgan Shane Cooper, Mario Humberto Gomez, Joseph Ray Gomez, Edgar Mauricio Hinojosa, Jesse James Mulrein, Rudolph Christopher Lopez, Ricardo Quinones, Joe Rios,** | **Case No.** 4:23-cr-0422-S |
| Defendants. | |

**UNOPPOSED AND OPPOSED MOTION TO DISCLOSE DISCOVERABLE**
**MATERIALS PURSUANT TO A PROTECTIVE ORDER**

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the United States

asks the Court to permit it to meet its discovery pursuant to a protective order restricting disclosure.

Certain materials that implicate third-party privacy information and law enforcement

sensitive information are included within the materials to be provided to defense counsel.

Furthermore, there are sensitivities associated with the disclosure of investigative methods, names,

and contact information of witnesses. The material to be provided to defense counsel cannot be

redacted adequately because it has evidentiary value in this case. In addition, many of these materials are electronic in origin, making mitigation of these concerns through redaction problematic.

In addition to protecting the materials themselves, the United States also wishes to prevent any harassment of possible witnesses.

All these materials are collectively referred to in the proposed Protective Order as "Protective Order Material(s)." These materials include: all documents authored by law enforcement officers, along with supporting audio and video recordings, photographs, search warrants and other legal process secured in connection with the investigation, correspondence, forensic reports, and criminal history reports. The proposed order accompanies this motion.

All defense counsel who have responded have no objection to the proposed protective order. *See* Certificate of Conference, *infra*.

**WHEREFORE**, the United States respectfully asks this Court to permit disclosure of discovery materials consistent with the above requests.

> JOHN G.E. MARCK
> Acting United States Attorney
> Southern District of Texas
>
> By:  _Keri Fuller_
> Keri Fuller
> Assistant United States Attorney
> SDTX Fed. No. 908470
> 1000 Louisiana Street, Suite 2300
> Houston, Texas 77002
> Telephone: (713) 567-9717
> Email: Keri.Fuller@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on June 24, 2026, to the CM-ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

Keri Fuller
Assistant United States Attorney

## **CERTIFICATE OF CONFERENCE**

I certify that I have communicated with the following defense counsel, who have **no objection** to this motion:

Natalie Jihad Awad
Counsel for Joe Frank Barrera (#2)
natalie_awad@fd.org

Robert James Fickman
Todd Doss
Counsel for Ralph Eugene Kellum (#3)
rfickman@gmail.com
Todd.Doss@fd.org

Tyler Stephone White
Counsel for Mark Anthony Magallan (#4)
tyler@tylawdefense.com

Erin Epley
Counsel for Bryce Clay Hazleton Cook (#5)
erin@epley-law.com

Justin Gordon Dees
Counsel for Christopher Daniel Holt (#7)
gordondees@msn.com

Thomas Allan Martin
Counsel for Williams Espinoza (#8)
tmartinlaw97@gmail.com

Edward Mallett
Counsel for Raymond William Burnett (#10)
edward@msblawyers.com

Judith Irene Shields
Counsel for Mario Humberto Gomez (#12)
judithshieldsattorney@gmail.com

Albert M. Fong
Counsel for Joseph Roy Gomez (#13)
albert.fong713@gmail.com

I certify that I communicated with the following defense counsel, who **object** to this motion:

Guy Lee Womack[1]
Counsel for Romeo Jose Ferrer (#1)
guy.womack@usa.net


I certify that I communicated with the following defense counsel, who have not responded to this motion:

Thomas B. Dupont, II
Counsel for Mahir Alihodzic (#6)
todd.dupont@dupontlaw.net

Joel H. Bennett
Counsel for Rudolph Christopher Lopez (#16)
joel@searsandbennett.com

R. Trent Gaither
Counsel for Moises Soriano (#9)
gaitherlawgroup@yahoo.com

Nicole DeBorde
Counsel for Ricardo Quinones (#17)
Nicole@HoustonCriminalDefense.com

Brett A. Podolsky
Counsel for Morgan Shane Cooper (#11)
podolaw@gmail.com

Lance Craig Hamm
Counsel for Joe Rios (#18)
lance0312@yahoo.com

Eugene Tausk
Counsel for Jesse James Mulrein (#15)
gene@tausklawfirm.com


Keri Fuller
Assistant United States Attorney

---

[1] Mr. Womack has stated he is opposed to paragraph K.